ACCEPTED
12-15-00086-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
5/26/2015 12:48:42 PM
CATHY LUSK
CLERK

14 MAY 2015

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

5/26/2015 12:48:42 PM

CATHY S. LUSK
Clerk

Twelfth Court of Appeals
1517 West Front Street
Suite 354
Tyler, TX 75702

**Re: Lynn Brown v. State**
    **12-15-00086-CR**

Ms. Lusk:

Attached, please find a copy of the letter sent to my client regarding the opinion issued by the Court and the right to file a PDR.

If there is anything else I need to do, please let me know.

Sincerely,

/s/ Austin Reeve Jackson

plete items 1, 2, and 3. Also complete
4 if Restricted Delivery is desired.
your name and address on the reverse
at we can return the card to you.
ch this card to the back of the mailpiece,
the front if space permits.

Addressed to:

Lynn Brown
nmate
ith County Jail
e E Elm St.
en, TX 15702

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ~Brenda P. Johnson~  ☐ Agent
☐ Addressee

B. Received by (*Printed Name*)   C. Date of Delivery

Brenda P. Johnson

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail®  ☐ Priority Mail Express™
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ Collect on Delivery

4. Restricted Delivery? (*Extra Fee*)  ☐ Yes

Number
er from service label)

7012 3460 0002 0690 7540

3811, July 2013          Domestic Return Receipt

7 MAY 2015


Mr. Lynn Brown
Inmate
Smith County Jail
206 E. Elm
Tyler, TX 75702

<u>By Certified Mail</u>

**Re:  Appeal**

Mr. Brown:

Please find enclosed a copy of the opinion issued by the Twelfth Court of Appeals in your case. As we notified you on 1 April, if you did not sign the trial court certification we sent you, your appeal would be dismissed.  Because you failed to timely return the form to us the Court has now done so.

You do have the right to file a *pro se* Petition for Discretionary Review in the Court of Criminal Appeals should you desire to do so.  If you decide to pursue that option you must file your petition prior to the expiration of thirty days from the date of the court's opinion.

As always, should you have any questions I will be happy to assist in any way that I can.


Sincerely,


Austin Reeve Jackson